# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150126 & (53)

CARL MENNARE, JR.,
   Plaintiff-Appellee,
and

FAY MARIE MENNARE,
   Plaintiff,

v

               SC: 150126
               COA: 315182
BRETT DANIEL RAMSDEN,      Ingham CC: 11-000242-NI
   Defendant,
and

CHARTER TOWNSHIP OF LANSING
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to any party.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       October 21, 2014

